

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

March 8, 2021

***Via ECF***

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: Reed v. 2With Deli Corp. et al
      Case No.: 20-cv-08061 (PGG)

Your Honor,

  This office represents the Plaintiff in the above referenced employment discrimination action. On February 4, 2021, the Parties informed the Court that they had reached a settlement in principle subject to the execution of a mutually agreed upon settlement agreement. On February 8, 2021, the Court Conditionally Ordered dismissal of the above action with prejudice subject to either party making an application to restore. The Parties are currently in the process of finalizing a written settlement agreement which is to be executed by the Parties. Given this, the Plaintiff requests a thirty-day extension of time to restore the action, from March 10, 2021 until April 9, 2021. No previous requests for an extension of this deadline gave been made.

  We thank the Court for its courtesy in this regard.

          Very truly yours,
          LAW OFFICE OF WILLIAM CAFARO

          _____
        By: Amit Kumar, Esq. (AK 0822)
          *Attorneys for Plaintiffs*
          108 West 39th Street, Suite 602
          New York, NY 10018
          Main (212) 583-7400
          Fax. (212) 583-7401

AKumar@CafaroEsq.com